UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
WINDSOR COLEMAN,

Petitioner,

-against-

EARL BELL,

Respondent.
---------------------------------------------------------------X

For Online Publication Only

FILED
CLERK
8/19/2026 3:25 pm
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

**ORDER**
21-CV-1669 (JMA)

**AZRACK, United States District Judge:**

In an order dated May 7, 2026, the Court, in an abundance of caution, granted Petitioner Windsor Coleman's request for copies of various filings and liberally construed his May 12, 2025 filing as a motion for reconsideration of the Court's Memorandum & Order dated March 4, 2025. (ECF No. 41.) The Court permitted Coleman to "file a supplemental submission by July 3, 2026 if he contends, after reviewing these documents, that the Court's March 4 Order was erroneous or failed to consider (or properly address) any of these documents in the record" and warned Coleman that "[i]f the Court does not receive any such supplemental submission by July 3, 2026, the Court will summarily deny this motion for reconsideration." (Id.) Coleman did not file a supplemental addressing the substance of these documents or merits of his claims. Instead, Coleman sent a letter to the Second Circuit dated July 25, 2026, which was forwarded to this Court, stating that he is unable to file an effective supplement because he has a "limited ability to scour the many cases" in the filings. (ECF No. 44.) The Court has provided Coleman ample time to file a supplemental submission. Coleman's motion for reconsideration is denied.

The Court declines to issue a certificate of appealability because Coleman has not made a substantial showing that he was denied a constitutional right. See 28 U.S.C. § 2253(c)(2). The

Court also certifies that an "appeal of this Order would not be taken in good faith, and thus, in forma pauperis status is denied for the purposes of any appeal." See Coppedge v. United States, 369 U.S. 438, 444–45 (1962).

The Clerk of Court is directed to mail a copy of this Order to Coleman.

**SO ORDERED.**

Dated: August 19, 2026
Central Islip, New York

**/s/ (JMA)**
HON. JOAN M. AZRACK
UNITED STATES DISTRICT JUDGE